MICHAEL REYNOLDS, Respondent, v. ELIZABETH DOLAN and THOMAS DOLAN, Appellants, Impleaded with Another, Defendant.

PER CURIAM. While the defendants who had been stayed would ordinarily have the right to offer evidence to meet plaintiff's *prima facie* case, in the circumstances here disclosed no substantial prejudice resulted for the reason that one of such defendants when called as a witness for a codefendant testified fully as to the issues involved, and the other of such defendants was not proffered as a witness. For these reasons the determination should be affirmed, with costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ. Determination affirmed, with costs and disbursements.

M. H. WHITTIER COMPANY, a Corporation, Appellant, v. PERCY M. CHANDLER, Respondent.— Order affirmed, without costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BANK OF AMERICA OF CALIFORNIA, Respondent, v. JAMES G. WESTBROOK, as Executor, etc., of CHARLES S. WESTBROOK, Deceased, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant, appellant, to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Dowling, P. J., dissents.